

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Jason Massey, Appellant

No. 06-14-00098-CR      v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 13F0017-202). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's order denying Jason Massey's motion to suppress, and we remand this case to the trial court for further proceedings consistent with this opinion.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED DECEMBER 31, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk